IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 11, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 58 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 09-CR-00529-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michelle Heldmyer |
| | Wyatt Angelo |
| Plaintiff, | |
| vs. | |
| 1. **PHILIP R. LOCHMILLER,** | Daniel Smith |
| aka Philip R. Lochmiller, Sr., | |
| 2. **PHILIP R. LOCHMILLER, II,** | Patrick Ridley |
| a/k/a/ Philip R. Lochmiller, Jr., and | Darlene Bagley |
| 3. **SHAWNEE N. CARVER,** | Colleen Scissors |
| **Defendants.** | |

**MOTIONS HEARING**

**3:12 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL. Colleen Scissors and defendant Shawnee N. Carver appear by telephone. Defendant Philip R. Lochmiller, Sr. is present. Defendants are on bond. Defendant Philip R. Lochmiller, II's appearance has been waived.

**Joint Motion to Vacate Trial Date and Exclude Additional Time From Speedy Trial Calculation, Extend the Deadline for Filing Motions and Designating Expert Witnesses (Doc #131), filed 5/28/10.**

3:14 p.m.   Argument by Mr. Smith. Questions by the Court.

3:25 p.m.   Argument by Mr. Ridley. Questions by the Court.

Court will take a brief recess to determine speedy trial deadlines.

**3:36 p.m.   COURT IN RECESS**

**3:46 p.m.   COURT IN SESSION**

   Comments by Mr. Smith regarding speedy trial deadlines.

3:59 p.m.   Comments by Mr. Angelo. Questions by the Court.

4:05 p.m.   Comments by Ms. Heldmyer. Questions by the Court.

4:12 p.m.   Further comments by Mr. Smith.

4:13 p.m.   Comments by Mr. Ridley.

4:20 p.m.   Further comments by Mr. Smith.

4:26 p.m.   Further comments by Mr. Ridley.

4:37 p.m.   Further comments by Angelo.

**Government's Motion for Change of Venue (Doc #51), filed 1/15/10.**

4:43 p.m.   Argument by Ms. Heldmyer in support of Government's motion.

4:51 p.m.   Argument by Mr. Smith in opposition.

5:03 p.m.   Argument by Mr. Ridley in opposition.

5:14 p.m.   Comments by Ms. Scissors indicating defendant Shawnee N. Carver does not oppose the Government's motion.

Page Three
09-CR-00529-PAB
June 11, 2010

**5:15 p.m.**  Rebuttal argument by Ms. Heldmyer.

**ORDERED:** Motions taken under advisement.

**ORDERED:** Deadline to disclose experts is extended to **June 21, 2010.**

**ORDERED:** Bonds are continued.

**5:20 p.m.**  **COURT IN RECESS**

**Total in court time:**  118 minutes

**Hearing concluded**