IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00529-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP R. LOCHMILLER,
    a/k/a Philip R. Lochmiller, Sr.,
2. PHILIP R. LOCHMILLER, II,
    a/k/a/ Philip R. Lochmiller, Jr., and
3. SHAWNEE N. CARVER,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that the motions hearing set for **August 19, 2010 at 8:30 a.m.** will be conducted at the United States Courthouse in Grand Junction, Colorado and will be set for a full day.

    DATED June 23, 2010.