IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00529-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  PHILIP R. LOCHMILLER,
     a/k/a Philip R. Lochmiller, Sr.,
2.  PHILIP R. LOCHMILLER, II,
     a/k/a/ Philip R. Lochmiller, Jr., and
3.  SHAWNEE N. CARVER,

     Defendants.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on defendants' Joint Motion for Extension of Time to File Pretrial Motions and to Disclose Expert Witnesses [Docket No. 181].  It is

     **ORDERED** that the government shall file a response to the motion on or before **July 6, 2010.**

     DATED July 1, 2010.