# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Micki Spolar | Date: August 19, 2010 |
| Court Reporter: Janet Coppock | Time: 4 hours and 11 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 09-CR-00529-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michelle Heldmyer |
| | Wyatt Angelo |
| | Pageen Rhyne |
| Plaintiff, | |
| vs. | |
| **PHILIP R. LOCHMILLER, SR.,** | Daniel Smith |
| **PHILIP R. LOCHMILLER, JR., and** | Patrick Ridley |
| **SHAWNEE M. CARVER,** | Colleen Scissors |
| Defendants. | |

## MOTIONS HEARING

**10:30 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants are present on bond.  Mike Duran on behalf of Rider & Quesenberry, the receiver.

Mr. Smith waives defendant Philip R. Lochmiller, Sr. for purposes of addressing the motion to quash.

**Rule 17(3) Motion to Quash Subpoena Duces Tecum Issued to Rider & Quesenberry, LLP (Doc #234), filed 8/10/10.**

Page Two
09-CR-00529-PAB
August 19, 2010

Argument by Mr. Smith.  Questions by the Court.

Argument by Mr. Duran.  Questions by the Court.

Argument by Ms. Heldmyer.

Argument by Mr. Ridley.  Questions by the Court.

Further argument by Mr. Smith.

Further argument by Mr. Duran.

Court states its findings.

**ORDERED:**   Rule 17(3) Motion to Quash Subpoena Duces Tecum Issued to Rider & Quesenberry, LLP (Doc #234), filed 8/10/10, is **GRANTED.**

Mr. Duran is excused.

**Defendant Philip R. Lochmiller, Sr.'s Motion to Suppress Evidence from Warrantless Seizure and Request for Hearing (Doc #138), fled 6/1/10.**

Direct examination of Government's witness Special Agent Jane Quimby by Ms. Heldmyer.

Government's exhibits 1 and 2 identified, offered and ADMITTED.

Cross examination by Mr. Smith.

Defendants' exhibit A identified, offered and ADMITTED.

Redirect examination by Ms. Heldmyer.

Witness excused.

**12:28 p.m.    COURT IN RECESS**

**1:47 p.m.    COURT IN SESSION**

Argument by Ms. Heldmyer.  Questions by the Court.

Argument by Mr. Smith.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant Philip R. Lochmiller, Sr.'s Motion to Suppress Evidence from Warrantless Seizure and Request for Hearing (Doc #138), filed 6/1/10, is **DENIED.**

**Defendants' Joint Motion for Release of Brady Materials (Doc #203), filed 7/29/10.**

Argument by Mr. Ridley and request to examine Special Agent Jane Quimby . Questions by the Court.

Argument by Ms. Heldmyer.

Further argument by Mr. Ridley.

**ORDERED:** Defendants' Joint Motion for Release of Brady Materials (Doc #203), filed 7/29/10, and Mr. Ridley's request to examine Special Agent Jane Quimby is **GRANTED in PART and DENIED in PART.**

Defendants' **exhibits B, C, D, and E** identified, offered and ADMITTED.

**Defendants' Joint Motion for Discovery Pursuant to Rule 16 (Doc #204), filed 7/29/10.**

Argument by Ms. Heldmyer. Questions by the Court.

**ORDERED:** Defendants' Joint Motion for Discovery Pursuant to Rule 16 (Doc #204), filed 7/29/10, is **GRANTED in PART and DENIED in PART**.

**ORDERED:** Defendants Philip R. Lochmiller, Sr. and Philip R. Lochmiller, Jr.'s Motion for Discovery (Doc #190), filed 7/26/10, is **DENIED as MOOT.**

**Defendants' Joint Motion for Disclosure of *Jencks Material* (Doc #206), filed 7/29/10.**

Argument by Ms. Heldmyer.

**ORDERED:** Defendants' Joint Motion for Disclosure of *Jencks Material* (Doc #206), filed 7/29/10 is, **DENIED as MOOT.**

Page Four
09-CR-00529-PAB
August 19, 2010

**ORDERED:** Defendants Shawnee Carver and Philip R. Lochmiller, II's Motion to Disclose Grand Jury Material to Defendant (Doc #135), filed 5/28/10, is **GRANTED** as to the production of grand jury transcripts and grand jury exhibits, and otherwise **DENIED.**

**ORDERED:** Defendants' Joint Motion for James Hearing (Doc #133), filed 5/28/10, is **GRANTED** and deadline for the Government to file its James proffer is **30 days** from today's date.

**Defendants' Joint Motion to Dismiss Counts 13, 25, 26, 31 and 33, or in the Alternative, Motion for Bill of Particulars (Doc #132), filed 5/28/10.**

Argument by Mr. Ridley.

**ORDERED:** Defendants' Joint Motion to Dismiss Counts 13, 25, 26, 31 and 33, or in the Alternative, Motion for Bill of Particulars (Doc #132), filed 5/28/10 is **DENIED.**

**Joint Motion to Dismiss Counts 24 Through 33 as Being Multiplicitous (Doc #146), filed 6/2/10.**

Argument by Mr. Ridley.

**ORDERED:** Joint Motion to Dismiss Counts 24 Through 33 as Being Multiplicitous (Doc #146), filed 6/2/10, is **DENIED.**

**ORDERED:** Defendants Shawnee N. Carver and Philip R. Lochmiller, II's Motion to Strike Surplusage (Doc #134), filed 5/28/10, is **DENIED WITHOUT PREJUDICE.**

**Joint Motion for Order Requiring the Government to Elect Which of the Two Crimes Set Forth in Count 1 it Wishes to Prosecute (Doc #147), filed 6/2/10.**

Argument by Mr. Ridley.

**ORDERED:** Joint Motion for Order Requiring the Government to Elect Which of the Two Crimes Set Forth in Count 1 it Wishes to Prosecute (Doc #147), filed 6/2/10, is **DENIED.**

**Defendant Philip R. Lochmiller, II's Motion to Sever Defendant (Doc #136), filed 5/28/10.**

Comments by Mr. Ridley.

**ORDERED:** Defendant Philip R. Lochmiller, II's Motion to Sever Defendant (Doc #136), filed 5/28/10, is **HELD in ABEYANCE.** Defendant may supplement his motion after receipt of the Government's proffer.

**Government's Motion for Change of Venue (Doc #51), filed 1/15/10.**

Comments by Mr. Smith.

Comments by Ms. Scissors.

Comments by Mr. Ridley.

**ORDERED:** Government's Motion for Change of Venue (Doc #51), filed 1/15/10, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants' Joint Motion for Disclosure Pursuant to Federal Rules of Evidence Rule 404(b) (Doc #205), filed 7/29/10, is **DENIED as MOOT.**

**ORDERED:** Defendant Shawnee N. Carver's Motion to Leave to File Pretrial Juror Questionnaire, For Attorney Voir Dire, or in the Alternative to Attorney, Fore Leave to Submit Voir Dire Questions to the Court (Doc #144), filed 6/2/10, is **HELD IN ABEYANCE.**

**ORDERED:** Bonds continued.

**4:00 p.m.     COURT IN RECESS**

**Total in court time:     251 minutes**

**Hearing concluded**