IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-529-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILIP R. LOCHMILLER,
    a/k/a Philip R. Lochmiller, Sr.,
2. PHILIP R. LOCHMILLER, II,
    a/k/a Philip R. Lochmiller, Jr.,
3. SHAWNEE N. CARVER

    Defendants.

---

### ORDER CONCERNING DISCLOSURE OF GRAND JURY TRANSCRIPTS

This matter is before the court on the defendants motions for disclosure of Grand Jury materials [Docket Nos. 135, 137 and 189]. Upon consideration of the motions, it is ORDERED as follows:

    1.    Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the government may disclose to counsel for the defendants the transcripts of the testimony of witnesses who testified before the grand jury.

    2.    To protect grand jury secrecy, defense counsel shall make only such copies of the transcripts as are necessary to prepare a defense of this case. Within ten days of the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect any copies of the grand jury transcripts and return them to the government.

3. Copies of the grand jury transcripts may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

DATED Aug. 25, 2010

BY THE COURT:

*[signature]*

PHILIP A. BRIMMER
United States District Judge